# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

___

**MARY ANNA SHEPPARD**                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:07-cv-00589-TSL-JCS**

**ALLSTATE INSURANCE COMPANY**                                    **DEFENDANT**

___

## FINAL JUDGMENT
___

This action came on for trial before the Court and a jury, Honorable Tom S. Lee, Senior District Judge, presiding, and the issues having been duly tried and the jury duly instructed as to the law by the Court, presently retired into the jury room and deliberated and returned into open Court the following unanimous verdict as the Judgment of the jury:

"We, the jury, find that plaintiff Mary Anna Sheppard is entitled to recover from Allstate on her claim for uininsured motorist coverage for personal injuries the amount of $9812 plus $30,000 ."

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff, Mary Anna Sheppard, recover of the Defendant, Allstate Insurance Company, the sum of $39, 812.00, with interest thereon pursuant to 28 U.S.C. § 1961 and all costs are hereby taxed against Defendant, Allstate Insurance Company.

**SO ORDERED**, this 19th day of February, 2009.

/s/Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

Prepared by:
Betty Ruth Fox (MSB#8360)
B. R. Fox & Associates, PLLC
166 Belle Pointe Drive
Madison, MS 39110
Telephone: 601-668-2294
Facsimile: 601-853-9339
[brfoxllc@bellsouth.net](mailto:brfoxllc@bellsouth.net)